FAG KUGELFISCHER GEORG SCHÄFER AG, FAG ITALIA S.p.A., BARDEN CORPORATION (U.K.) LTD., FAG BEARINGS CORPORATION AND THE BARDEN CORPORATION, PLAINTIFFS AND INA WÄLZLAGER SCHAEFFLER oHG AND INA USA CORPORATION, PLAINTIFF-INTERVENORS *v.* UNITED STATES, DEFENDANT AND TIMKEN U.S. CORPORATION, DEFENDANT-INTERVENOR

Court No. 00–09–00441

Dated: June 30, 2003

## JUDGMENT

TSOUCALAS, *Senior Judge*: This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* ("*Remand Results*"), *FAG Kugelfischer Georg Schäfer AG v. United States*, 2002 Ct. Intl. Trade LEXIS 118, Slip Op. 02-119 (Oct. 4, 2002), comments and reply comments of FAG Kugelfischer Georg Schäfer AG, FAG Italia S.p.A., Barden Corporation (U.K.) Ltd., FAG Bearings Corporation and The Barden Corporation, and INA Wälzlager Schaeffler oHG and INA USA Corporation, rebuttal comments of Timken U.S. Corporation[1] and Commerce's response, holds that Commerce duly complied with the Court's remand order, and it is hereby

ORDERED that the *Remand Results* filed by Commerce on January 2, 2003, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.

---

[1] On February 28, 2003, Stewart and Stewart notified the Court that The Torrington Company was acquired by The Timken Company, and is now known as Timken U.S. Corporation.